UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,

v.

GEORGE LNU, *et al.*

    Defendants.
_____/

Case No. 14-cv-12789
Hon. Matthew F. Leitman

## ORDER ADOPTING REPORT & RECOMMENDATION (ECF #44) AND DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT (ECF ##33-37)

On January 9, 2015, Magistrate Judge David R. Grand issued a Report and Recommendation (the "R&R," ECF #44) recommending that the Court deny Plaintiff Morris Weatherspoon's Motions for Default Judgment as to Defendants George LNU, Angie LNU, Tammy LNU, Dr. Abdullateef, and LNU Woern (the "Motions for Default Judgment," ECF ##33, 34, 35, 36, and 37). The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See* the R&R at 3, Pg. ID 319.)

No party has objected to the R&R. Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the

Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's January 9, 2015, R&R (ECF #44) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that Defendant's Motions for Default Judgment (ECF ##33, 34, 35, 36, and 37) are **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 4, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113