UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,

Case No. 14-cv-12789
Hon. Matthew F. Leitman

v.

GEORGE LNU, *et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORTS AND RECOMMENDATIONS (ECF #99)

On December 23, 2015, the assigned Magistrate Judge issued two Reports and Recommendations recommending that this Court grant summary judgment in favor of Defendants Dr. Badawi Abdellatif (ECF #96) and Angela Vettraino (ECF #97) (together, the "R&Rs"). On January 7, 2016, Plaintiff Morris Weatherspoon ("Weatherspoon") filed a Motion requesting a 45-day extension of time to file objections to the R&Rs (the "Motion"). (*See* ECF #99.)

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Weatherspoon shall file any objections he may have to the R&Rs by **February 22, 2016.**

**IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: January 8, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2016, by electronic means and/or ordinary mail.

                                                           s/Holly A. Monda
                                                           Case Manager
                                                           (313) 234-5113