UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,

v.

GEORGE LNU, *et al.*,

    Defendants.
_____/

Case No. 14-cv-12789
Hon. Matthew F. Leitman

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #128)

On July 19, 2016, the assigned Magistrate Judge issued a Report and Recommendation (the "R&R") recommending that the Court grant summary judgment in favor of Defendants Susan George and Tamara Scheppelman. (*See* ECF #127.) On July 29, 2016, Plaintiff Morris Weatherspoon ("Weatherspoon") filed a Motion requesting a 30-day extension of time from August 5, 2016 to file objections to the R&R (the "Motion"). (*See* ECF #128.) The Court believes Weatherspoon's request to be appropriate.

Accordingly, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows:  Weatherspoon shall file any objections that he may have to the R&R by Tuesday, September 6, 2016.[1]

        s/Matthew F. Leitman  
        MATTHEW F. LEITMAN  
        UNITED STATES DISTRICT JUDGE

Dated:  August 9, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 9, 2016, by electronic means and/or ordinary mail.

        s/Holly A. Monda  
        Case Manager  
        (313) 234-5113

---

[1] 30 days from August 4, 2016 is September 4, 2016 – a Sunday.  Monday, September 5, 2016, is Labor Day.  The Court therefore grants Weatherspoon a 32-day extension to file any objections he may have to the Report and Recommendation.