UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,

v.

GEORGE LNU, *et al.*,

    Defendants.

_____/

Case No. 14-cv-12789
Hon. Matthew F. Leitman

### ORDER STRIKING PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #130) AND REQUIRING PLAINTIFF TO RESUBMIT OBJECTIONS IN A LEGIBLE FORMAT

On July 19, 2016, the assigned Magistrate Judge issued a Report and Recommendation (the "R&R") recommending that the Court grant summary judgment in favor of Defendants Susan George and Tamara Scheppelman. (*See* ECF #127.) On August 29, 2016, Plaintiff Morris Weatherspoon ("Weatherspoon") filed handwritten objections to the R&R (the "Objections"). (*See* ECF #130.)

After expending considerable effort, the Court concludes that it cannot adequately decipher Weatherspoon's handwriting in the Objections because they are not legible. To enable the Court to review the Objections, **IT IS HEREBY ORDERED** that by no later than **November 28, 2016,** Weatherspoon resubmit his

Objections in a format that is legible to the Court.  Specifically, Weatherspoon is ordered to: (1) Write the objections on every other line of his paper (i.e., he must leave a blank line in between the lines of text that he writes); (2) Use both uppercase and lowercase letters (i.e., he must not use all capital letters); and (3) Avoid writing within one inch of the top or bottom of each page.  The Court further directs the Clerk of the Court to strike Weatherspoon's current objections (ECF #130) from the record.

s/Matthew F. Leitman<br>MATTHEW F. LEITMAN<br>UNITED STATES DISTRICT JUDGE

Dated:  October 12, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 12, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>Case Manager<br>(313) 234-5113