UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,

v.

GEORGE LNU, et al.,

    Defendants.

_____/

Case No. 14-cv-12789
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Court's Opinion and Order (1) Overruling Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, (2) Adopting the Magistrate Judge's Recommended Disposition, (3) Granting Defendants Scheppelman and George's Motion for Summary Judgment, and (4) Certifying that an Appeal Cannot Be Taken in Good Faith from this Order or from any of the Court's Prior Orders Granting Summary Judgment, dated March 9, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

                                  By:    s/Holly A. Monda
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 9, 2017
Detroit, Michigan